**IGT, Plaintiff–Appellant,**

**v.**

**ALLIANCE GAMING CORPORATION, Bally Gaming International, Inc., and Bally Gaming, Inc. (doing business as Bally Gaming & Systems), Defendants–Appellees.**

No. 2009–1110.

United States Court of Appeals,
Federal Circuit.

Oct. 22, 2009.

Jeffrey W. Sarles, Mayer Brown LLP, of Chicago, IL, argued for plaintiff-appellant. With him on the brief were Brent A. Batzer, Melissa A. Anyetei, Nathaniel Hamstra, and Andrea C. Hutchison.

Charles K. Verhoeven, Quinn Emanuel Urquhart Oliver & Hedges, LLP, of San Francisco, CA, argued for defendants-appellees. With him on the brief were Amy H. Candido, R. Tulloss Delk, and Eric Wall. Of counsel was Kevin A. Smith.

NEWMAN, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.